## RANDALL, *libellant, vs.* RANDALL.

In a libel for divorce for the cause of adultery, the record of the party's conviction for that offence will be received, after default, in proof of the crime charged in the libel.

THIS was a libel by the husband, for divorce *a vinculo matrimonii,* for the adultery of the wife. It appeared that she had been convicted of lewd and lascivious cohabitation with another man ; who also was convicted and sentenced for adultery with her. And this evidence THE COURT received, after default, as sufficient proof of the crime charged in the libe .